FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WAYNE HAUSER, ) | CASE NO. EDCV 08-00094 CJC (SS) |
| Petitioner, ) | **ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. ) | |
| JAMES WALKER, Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, **IT IS ORDERED THAT:**

1. Respondent's Motion to Dismiss is DENIED.

2. Respondent shall file an Answer to the Petition within thirty (30) days of this Order.

3. The Clerk shall serve copies of this Order by United States mail on Petitioner and counsel for Respondent.

DATED: July 2, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE