JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK WAYNE HAUSEUR, | ) NO. EDCV 08-00094 CJC (SS) <br> ) |
|         Petitioner, | ) <br> ) |
|         v. | ) **JUDGMENT** <br> ) |
| TIM VIRGA, Acting Warden, | ) <br> ) |
|         Respondent. | ) <br> ) |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 26, 2011

                                                CORMAC J. CARNEY <br>
                                                UNITED STATES DISTRICT JUDGE